**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6576**

———————

QUINCY TIMMONS,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; CHARLES M. CONDON,
Attorney General of the State of South
Carolina,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   David C. Norton, District Judge.
(CA-98-3261-4-18BF)

———————

Submitted:  July 13, 2000          Decided:  July 24, 2000

———————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Quincy Timmons, Appellant Pro Se.  Derrick K. McFarland, OFFICE OF
THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Quincy Timmons seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See <u>Timmons v. South Carolina</u>, No. CA-98-3261-4-18BF (D.S.C. Mar. 22, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although the district court's order is marked as "filed" on March 21, 2000, the district court's records show that it was entered on the docket sheet on March 22, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).